**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Veronica PRENDEZ, Defendant-**
**Appellant**

**No. 16-11584**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed September 25, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Veronica Prendez, Pro Se

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Veronica Prendez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Prendez was not timely in filing a response, and her motion to file an out-of-time response was denied. The motion raised no issues ripe for consideration on direct appeal. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir. 2014). Also, her request for the appointment of new counsel was untimely. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir. 1998).

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED; counsel is excused from further responsibilities herein; and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.